OPINION — AG — ** DEFINITIONS — OPERATOR — SECURITIES ** AN OPERATOR UNDER HOUSE BILL NO. 1460 (52 O.S. 318.2 [52-318.2]) MAY NOT POST CASH, NEGOTIABLE GOVERNMENT SECURITIES, CERTIFICATES OF DEPOSIT, OR OTHER NEGOTIABLE INSTRUMENTS IN LIEU OF THE STATUTORILY MANDATED UNDERTAKINGS. (CREDIT FROM A BANKING INSTITUTION, OPERATOR DOING BUSINESS, SURETY BOND, SECRETARY OF STATE) CITE: 52 O.S. 318.2 [52-318.2] (OIL AND GAS, LETTER OF CREDIT) (HUGH A. MANNING)